**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**KEVIN DESHAZER**

                                                  **PLAINTIFF**

**V.**              **NO. 4:16CV00045-SWW**

**CAROLYN W. COLVIN,**                                 **DEFENDANT**
**Acting Commissioner,**
**Social Security Administration**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and Plaintiff Kevin Deshazer's Complaint (*Doc. 2*) is DISMISSED with prejudice.

DATED this 20th day of October, 2016.

                                                      /s/Susan Webber Wright
                                                      UNITED STATES DISTRICT JUDGE