# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**KEVIN DESHAZER**
                                            **PLAINTIFF**

**V.**                    **NO. 4:16CV00045-SWW**

**CAROLYN W. COLVIN,**                          **DEFENDANT**
**Acting Commissioner,**
**Social Security Administration**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 20th day of October, 2016.

                                      /s/Susan Webber Wright

                                      UNITED STATES DISTRICT JUDGE